**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 20, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00172-CR

---

**MICHAEL LEE SHELNUTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR0265**

---

## M E M O R A N D U M   O P I N I O N

Appellant Michael Lee Shelnutt has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.

Do Not Publish – Tex. R. App. P. 47.2(b)